IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE COLUMBUS KYLES, | No. C 12-02016 WHA |
| Plaintiff, | |
| v. | **SECOND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED OR TO PAY FILING FEE** |
| AARON BAKER, et al., | |
| Defendants. | |

By order dated May 1, 2012, plaintiff Bruce Columbus Kyles was ordered to show cause regarding his application to proceed *in forma pauperis*. The order found that plaintiff had at least three prior prisoner actions that were dismissed on the ground that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. The order required plaintiff to either show cause in writing why *in forma pauperis* should not be denied and this action dismissed pursuant to 28 U.S.C. 1915(g) or to pay the full $350.00 filing fee. No response was received.

Plaintiff has recently obtained counsel. In light of these circumstances, plaintiff is hereby **ORDERED TO SHOW CAUSE** why the case should not be dismissed or pay the full $350.00 filing fee. Plaintiff's response is due by **OCTOBER 1, 2012**.

**IT IS SO ORDERED.**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE