IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE COLUMBUS KYLES,<br><br>    Plaintiff,<br><br>  v.<br><br>AARON BAKER, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-02016 WHA<br><br>**SECOND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED OR TO PAY FILING FEE** |

    By order dated May 1, 2012, plaintiff Bruce Columbus Kyles was ordered to show cause regarding his application to proceed *in forma pauperis*. The order found that plaintiff had at least three prior prisoner actions that were dismissed on the ground that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. The order required plaintiff to either show cause in writing why *in forma pauperis* should not be denied and this action dismissed pursuant to 28 U.S.C. 1915(g) or to pay the full $350.00 filing fee. No response was received.

    Plaintiff has recently obtained counsel. In light of these circumstances, plaintiff is hereby **ORDERED TO SHOW CAUSE** why the case should not be dismissed or pay the full $350.00 filing fee. Plaintiff's response is due by **OCTOBER 1, 2012**.

    **IT IS SO ORDERED.**

Dated: September 17, 2012.

                                                      WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE