IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE COLUMBUS KYLES,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF PITTSBURG, PITTSBURG POLICE DEPARTMENT, C. SAECHAO (P288), R. SEMAS, JUAN SIMENTAL (P286), G. PALMA (P278), AARON BAKER, and DOES 1-40,<br><br>    Defendants.<br>                                                      / | No. C 12-02016 WHA<br><br>**THIRD ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED OR TO PAY FILING FEE** |

Plaintiff Bruce Columbus Kyles, initially proceeding pro se, filed an application to proceed *in forma pauperis*. The application was denied and plaintiff was ordered to show cause why the action should not be dismissed or to pay the full $350.00 filing fee (Dkt. No. 3). Plaintiff subsequently retained counsel. A second order to show cause issued, recognizing that counsel had been retained and again ordering plaintiff to show cause why the action should not be dismissed or to pay the filing fee. In response, plaintiff's counsel filed a statement claiming that counsel would be in trial for several weeks in September and October, requesting the case management conference be continued, and stating that summons was sent out for service. No case management conference has yet been scheduled in this case, however, and no summons from the Clerk's office has been filed on the docket. Plaintiff is hereby ordered to pay the filing fee in full or show cause why the action should not be dismissed. Plaintiff must pay the fee or respond to the order to show cause by **NOON ON OCTOBER 24, 2012.**

**IT IS SO ORDERED.**

Dated: October 10, 2012.

                                                            WILLIAM ALSUP<br>
                                                            UNITED STATES DISTRICT JUDGE